

# MEMORANDUM OPINION

No. 04-09-00382-CV

**IN RE NANCY K. ALANIS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
              Sandee Bryan Marion, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:   July 1, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On June 26, 2009, relator filed a petition for writ of mandamus and an emergency motion for stay. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion for stay are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-CI-07570, styled *Nancy K. Alanis v. Edward F. Valdespino and Strasburger & Price, LLP*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Sol Casseb, III presiding. However, the challenged order was signed by the Honorable Karen Pozza, presiding judge of the 407th Judicial District Court, Bexar County, Texas.